IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN HALL, an individual; and LANCE HOPPEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER MUSIC GROUP CORP., a Delaware Corporation; WARNER MUSIC INC., a Delaware Corporation; and WARNER RECORDS, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 3:22-cv-00457 AAT<br><br>Assigned to Hon. Aleta A. Trauger |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

Before the Court is Defendants Warner Music Group Corp.'s, Warner Records Inc.'s, and Warner Music Inc.'s (collectively "Defendants") Motion to Dismiss Plaintiffs' Class Action Complaint, pursuant to Fed. R. Civ. P. 9(b) and Fed. R. Civ. P. 12(b)(6), for failure to plead fraud with particularity and failure to state a claim upon which relief can be granted. After careful consideration, the Court finds that Defendants' Motion should be granted.

Accordingly, IT IS ORDERED that Defendants' Motion to Dismiss is GRANTED, and Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

SIGNED this __ day of _____, 2022.

_____
HON. ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE